JS-6

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST HOME BANK, a Florida banking corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>GILLIGAN'S ISLANDS BBQ, INC., a California corporation, and IVAN OMAR GARCIA,<br>      Defendant. | CASE NO. **CV 18-2082-GW(PLAx)**<br><br>**ORDER GRANTING PLAINTIFF FIRST HOME BANK'S APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS**<br>*Fed. R. Civ. Proc. 55(b)(2)*<br><br>Hearing Date:   08/27/2018<br>Hearing Time:  8:30 a.m.<br>Judge:          Hon. George H. Wu<br>Courtroom:    9D – 9th Floor<br>Location:       350 West 1st Street<br>               Los Angeles, CA 90012 |

The Court, having reviewed the papers filed regarding Plaintiff FIRST HOME BANK's Applications for Default Judgment against Defendants GILLIGAN'S ISLANDS, BBQ, INC. and IVAN OMAR GARCIA (Dkts. 15 *et seq.*) hereby orders as follows:

Plaintiff FIRST HOME BANK's Applications for Default Judgment are hereby **GRANTED**.

A default judgment shall be entered in favor of Plaintiff FIRST HOME BANK and against Defendants GILLIGAN'S ISLANDS, BBQ, INC. and IVAN OMAR GARCIA in the amount of $143,530.15, plus $6,470.60 in attorneys' fees.

     **IT IS SO ORDERED.**

Dated: August 29, 2018          By: _____

                                HON. GEORGE H. WU
                                U.S. DISTRICT JUDGE

**[PROPOSED] ORDER GRANTING APPLICATIONS FOR DEFAULT JUDGMENTS**
*FIRST HOME BANK V. GILLIGAN'S ISLANDS BBQ, INC., ET AL. – CASE NO: 2:18-cv-02082 GW (PLAx)*